IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

CASE NO. 6:15-MN-02613-BHH

| | |
|---|---|
| IN RE: TD BANK, N.A. DEBIT CARD OVERDRAFT FEE LITIGATION<br><br>MDL No. 2613 | ALL CASES |

**JOINT MOTION FOR EXTENSION OF TIME**

COME NOW Plaintiffs and Defendant TD Bank, N.A. and hereby move the Court to extend the time to complete fact and expert discovery and conduct their second mediation, showing the Court as follows:

1. On May 10, 2016, the Parties participated in a mediation with Professor Eric D. Green of Resolutions, LLC. The Parties were unable to reach a resolution.

2. All Parties have been diligently pursing discovery. Written discovery, including the production and review of over one million pages of documents, is nearly concluded; Plaintiffs' depositions have been completed; Rule 30(b)(6) depositions have been completed; and nearly all fact witness depositions have been completed.

3. However, there are three outstanding depositions of TD Bank's compliance employees. Despite the Parties' diligent efforts, due to existing commitments and schedules, the Parties are not able to complete the depositions until mid-June.

4. The Parties are now preparing for class certification motions.

5. Plaintiffs contend that the three compliance witnesses' depositions need to be

completed prior to submitting class certification expert reports. It is anticipated that the testimony of these three witnesses may be utilized for expert reports relating to case background, evidence relied upon for their opinions, and/or support for their opinions.

6. Accordingly, the Parties propose extensions as follows:

| EVENT | CURRENT DATE | PROPOSED DATE |
| --- | --- | --- |
| Disclosure of Plaintiffs' Class Certification expert witnesses and service of expert reports | 5/18/2016 | 6/24/2016 |
| Disclosure of Defendant's Class Certification expert witnesses and service of expert reports | 7/18/2016 | 8/23/2016 |
| Deadline for Plaintiffs to move for class certification | 8/6/2016 | 9/22/2016 |
| Mediation Deadline | 8/6/2016 | 1/31/2017 |
| Close of class certification expert discovery | 8/16/2016 | 9/15/2016 |
| Deadline for Defendants to file opposition to motion for class certification | 10/5/2016 | 11/22/2016 |
| Deadline for Plaintiffs to file a reply in support of motion for class certification | 11/4/2016 | 12/22/2016 |

//

//

//

//

//

//

//

//

//

7. Therefore, the Parties respectfully request that this Joint Motion be granted. A Proposed Order has been submitted to chambers for the Court's convenience.

Dated this 16th day of May, 2016.

*/s/ E. Adam Webb*
E. Adam Webb
**WEBB, KLASE & LEMOND, LLC**
1900 The Exchange, SE, Suite 480
Atlanta, GA 30339
Telephone: (770) 444-0773
Adam@WebbLLC.com

*/s/ Richard D. McCune*
Richard D. McCune
**McCUNEWRIGHT LLP**
2068 Orange Tree Lane, Suite 216
Redlands, CA 92374
Telephone: (909) 557-1250
rdm@mccunewright.com

*Co-Lead Counsel for Plaintiffs*

Mark C. Tanenbaum
**LAW OFFICE OF MARK C. TANENBAUM**
120 Church Street
Charleston, SC 29413
Telephone: (843) 577-5100
mark@tanenbaumlaw.com

William E. Hopkins, Jr.
**HOPKINS LAW FIRM, LLC**
12019 Ocean Highway
Pawleys Island, SC 29585
Telephone: (843) 314-4202
bill@hopkinslawfirm.com

*Liaison Counsel for Plaintiffs*

*/s/ Thomas William McGee, III*
Thomas William McGee, III
Federal Bar No. 6876
**NELSON MULLINS**
1320 Main Street / 17th Floor
Post Office Box 11070 (29211-1070)
Columbia, SC 29201
Telephone: (803) 799-2000
billy.mcgee@nelsonmullins.com

and

Donald R. Frederico
(*Pro Hac Vice*)
**PIERCE ATWOOD LLP**
100 Summer St., #2250
Boston, MA 02110
Telephone: (617) 488-8100
dfrederico@pierceatwood.com

Lucus A. Ritchie
(*Pro Hac Vice*)
Joshua D. Dunlap
(*Pro Hac Vice*)
**PIERCE ATWOOD LLP**
Merrill's Wharf
254 Commercial St.
Portland, ME 04101
Telephone: (207) 791-1100
lritchie@pierceatwood.com
jdunlap@pierceatwood.com

*Counsel for Defendant*